NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRAVEL SENTRY, INC.,**
*Plaintiff-Cross-Appellant*

v.

**DAVID A. TROPP,**
*Defendant-Appellant*

------------------------------------------------------------------------------------

**DAVID A. TROPP,**
*Plaintiff-Appellant*

v.

**CONAIR CORPORATION, BRIGGS & RILEY TRAVELWARE LLC, DELSEY LUGGAGE INC., EBAGS, INC., EAGLE CREEK, A DIVISION OF VF OUTDOOR, INC., HP MARKETING CORP., LTD., L.C. INDUSTRIES, LLC, MAGELLAN'S INTERNATIONAL TRAVEL CORPORATION, MASTER LOCK COMPANY LLC, OUTPAC DESIGNS INC., SAMSONITE CORPORATION, TRAVELPRO INTERNATIONAL INC., TRG ACCESSORIES, LLC, TUMI, INC., WORDLOCK, INC.,**
*Defendants-Cross Appellants*

**FORTUNE BRANDS, INC., VICTORINOX SWISS ARMY, INC.,**

*Defendants-Appellees*

**TITAN LUGGAGE USA,**
*Defendant*

---

2016-2386, -2387, -2714, 2017-1025

---

Appeals from the United States District Court for the Eastern District of New York in No. 1:06-cv-06415-ENV-RLM, 1:08-cv-04446-ENV-RLM, Judge Eric N. Vitaliano.

---

# O R D E R

The above-captioned appeals appear to be related.

We consider Appeal No. 17-1025 to be a further cross-appeal and consolidate the cases. Thus one set of briefs should be filed.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. Appellant's opening brief continues to be due no later than October 26, 2016.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31