NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRAVEL SENTRY, INC.,**
*Plaintiff-Cross-Appellant*

**v.**

**DAVID A. TROPP,**
*Defendant-Appellant*

--------------------------------------------------------------------------------

**DAVID A. TROPP,**
*Plaintiff-Appellant*

**v.**

**CONAIR CORPORATION, BRIGGS & RILEY TRAVELWARE LLC, DELSEY LUGGAGE INC., EBAGS, INC., EAGLE CREEK, A DIVISION OF VF OUTDOOR, INC., HP MARKETING CORP., LTD., L.C. INDUSTRIES, LLC, MAGELLAN'S INTERNATIONAL TRAVEL CORPORATION, MASTER LOCK COMPANY LLC, OUTPAC DESIGNS INC., SAMSONITE CORPORATION, TRAVELPRO INTERNATIONAL INC., TRG ACCESSORIES, LLC, TUMI, INC., WORDLOCK, INC.,**
*Defendants-Cross Appellants*

**FORTUNE BRANDS, INC., VICTORINOX SWISS ARMY, INC.,**

*Defendants-Appellees*

**TITAN LUGGAGE USA,**
*Defendants*

———————————

2016-2386, -2387, -2714, 2017-1025

———————————

Appeals from the United States District Court for the Eastern District of New York in Nos. 1:06-cv-06415-ENV-RLM and 1:08-cv-04446-ENV-RLM, Judge Eric N. Vitaliano.

———————————

**ON MOTION**

———————————

**O R D E R**

Travel Sentry, Inc., Conair Corporation, Briggs & Riley Travelware LLC, Delsey Luggage Inc., Eagle Creek, a division of VF Outdoor, Inc., eBags, Inc., HP Marketing Corp. Ltd., L.C. Industries, Inc., Outpac Designs Inc., Master Lock Company, LLC, Fortune Brands, Inc., Magellan's International Travel Corporation, Samsonite Corporation, Travelpro International, Inc., Tumi, Inc., TRG Accessories, LLC, Wordlock, Inc., and Victorinox Swiss Army, Inc. move unopposed to extend by 14 days, to December 19, 2016, the time to file their principal and response brief.

The court notes that Delsey Luggage has not yet filed a docketing statement or certificate of interest and that no attorney has filed an entry of appearance on behalf of Delsey Luggage.

Upon consideration thereof,

TRAVEL SENTRY, INC. v. TROPP                                        3

IT IS ORDERED THAT:

(1)  The motion is granted.

(2)  Within seven days from the date of filing of this order, Delsey Luggage is directed to file its docketing statement and certificate of interest and an attorney is directed to file an entry of appearance on its behalf.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31